VERSO LAW GROUP LLP
GREGORY S. GILCHRIST (Cal. Bar. No. 111536)
RYAN BRICKER (Cal. Bar No. 269100)
SOPHY J. TABANDEH (Cal. Bar No. 287583)
PAYMANEH PARHAMI (Cal. Bar No. 335604)
KOURTNEY SPEER (Cal. Bar No. 348243
565 Commercial Street, 4th Fl.
San Francisco, CA 94111
Telephone: (415) 534-0495
Facsimile:  (270) 518-5974
Email:      greg.gilchrist@versolaw.com
            ryan.bricker@versolaw.com
            sophy.tabandeh@versolaw.com
            paymaneh.parhami@versolaw.com
            kourtney.speer@versolaw.com

Attorneys for Plaintiff
PATAGONIA, INC.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| PATAGONIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> FRANCES AGNEW DBA FRAN CALISTA, FRAN CALISTA CLOSET LLC, ALL THINGS ALI, LLC, ORC SHOP LLC, ALISON RAE FEASTER, BROOKE L. HUNSUCKER DBA BROOKE LEANN ALLEN, BAILEY RENAE MILLER, JEFFREY FRANCIS MOORE, LEE WILLIAM, COLSON TY AGNEW, PUTIAN LOMANDO TRADING CO., LTD AND DOES 1-10, <br><br> Defendants. | Case No.: 2:25-cv-03283 <br><br> **DECLARATION OF TRACI ESCAMILLA IN SUPPORT OF PLAINTIFF PATAGONIA, INC.'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** <br><br> **UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL** |

I, Traci Escamilla, declare:

1.    I am an individual over the age of eighteen years old, residing in Goodyear, Arizona.  I joined Patagonia, Inc. ("Patagonia") in 2014, and my current title is Senior Brand Protection Paralegal. My primary responsibilities include managing Patagonia's brand protection and enforcement matters worldwide.

2.    I have access to Patagonia's business records as they are maintained in the ordinary course of business, and as indicated below, I have relied on some of those records in making this Declaration. For example, I have access to certain Patagonia records reflecting how we have used and are using certain trademarks on our products and in our retail environments. Except as stated below, I make these and the foregoing statements from personal knowledge and would testify competently to these facts if called upon to testify.

3.    In my role, I have learned about the history of Patagonia, its products and services, and the PATAGONIA brand.

4.    As part of my job, I am also familiar with Patagonia's intellectual property rights, including Patagonia's common law and registered trademarks and copyrights. Patagonia's trademarks and copyrights are important to the company as those assets have become a symbol of trust, quality, and reliability.  Patagonia uses its trademarks and copyrights to ensure that customers can easily recognize genuine Patagonia products.

5.    Patagonia was founded in the early 1970s to design and sell climbing clothes and other active sportswear.  The company adopted the brand "PATAGONIA" to differentiate a related business that designed and manufactured climbing gear and tools. Since at least 1973, the PATAGONIA brand has appeared on a multi-colored label inspired by a silhouette of the jagged peaks of the Mt. Fitz Roy skyline (the "P-6 logo").

6.    Patagonia's products now include a wide range of high-quality apparel products and equipment, including T shirts, hoodies, sweatshirts, and fleece, as well as technical products designed for climbing, skiing and snowboarding, surfing, fly fishing, and trail running, which are sold around the world.

7.    Over the last fifty years, the PATAGONIA brand and P-6 logo have become among the most identifiable brands in the world.  To protect its valuable marks and brand, Patagonia has applied for and obtained numerous (now incontestable) trademark registrations for its distinctive P-6 logo and PATAGONIA trademark. Based on my review of company records, these include but are not limited to the following U.S.

trademark registrations:

| Trademark | Reg. No. / Reg. Date | Goods | Date of First Use |
|---|---|---|---|
| **PATAGONIA** | 1189402 / Feb. 9, 1982 | Men's and Women's Clothing-Namely, Sweaters, Rugby Shirts, Walking Shorts, Trousers, Jackets, Mittens, Hoods and Rainwear | 08/1974 |
|  | 1294523 / Sept. 11, 1984 | Men's, Women's and Children's Clothing-Namely, Jackets, Pants, Vests, Gloves, Pullovers, Cardigans, Socks, Sweaters, Underwear, Shirts, Shorts, Skirts and Belts | 08/1974-1981 |
|  | 1547469 / July 11, 1989 | Men's, Women's and Children's Clothing- Namely, Jackets, Pants, Shirts, Sweaters, Vests, Skirts, Underwear Tops and Bottoms, Socks, Gloves, Mittens, Hats, Face Masks, Balaclava, Gaiters, Suspenders, and Belts | 08/1974-1981 |
|  | 1775623 / June 8, 1993 | Luggage back packs, and all-purpose sports bags | 08/1988 |
| **PATAGONIA** | 1811334 / Dec. 14, 1993 | Luggage, back packs, fanny packs and all-purpose sport bags, footwear, ski bags and ski gloves | 08/1990 |
| **PATAGONIA** | 2260188 / July 13, 1999 | Computerized on-line ordering activities in the field of clothing and accessories; | 10/1995 |

| Trademark | Reg. No. / Reg. Date | Goods | Date of First Use |
|---|---|---|---|
| | | Providing information in the field of technical clothing and accessories for use in recreational, sporting and leisure activities; providing information in the field of existing and evolving environmental issues | |
| **PATAGONIA** | 2662619 / Dec. 17, 2002 | Retail store services featuring clothing, footwear, luggage and a wide variety of sporting goods and accessories | 06/1986 |
| **PATAGONIA** | 5491401 / June 12, 2018 | Reusable bottles sold empty; insulated containers for food or beverage for domestic use; cups, mugs and growlers | 09/2014 |
| **PATAGONIA** | 5561006 / Sept. 11, 2018 | Stickers; paper banners; fiction and non-fiction books on a variety of topics; posters; non-magnetically encoded gift cards; photographs | 12/1991 |

Copies of USPTO records showing Patagonia's trademark registrations are attached as **Exhibit A**.

8.      A color image of the well-known P-6 logo follows:



9.      Patagonia's registered trademarks for the PATAGONIA marks and P-6 logo  are referred to as the "PATAGONIA trademarks." Patagonia also owns a registered copyright (Registration No. VA 1-801-788) for the P-6 logo.

10.      For many years prior to the events giving rise to the Complaint and Patagonia's *Ex Parte* Application for TRO and Order to Show Cause for Why Preliminary Injunction Should Not Be Issued ("*Ex Parte* Application") and continuing to the present, Patagonia has used the PATAGONIA trademarks continuously and exclusively in commerce, including in connection with its sale of apparel products.

11.      As part of my job, I am familiar with the enormous amount of resources Patagonia has expended to promote, advertise, and protect its brand. It is of the utmost importance that Patagonia creates and maintains trust with its consumers.

12.      Since 1973, Patagonia has spent and continues to spend hundreds of millions of dollars marketing and promoting its products in connection with the PATAGONIA trademarks around the world. As a result, the PATAGONIA trademarks are widely recognized and well-known to the public.

13.      Due to Patagonia's longtime use of and investment in the PATAGONIA trademarks and the quality of Patagonia's products, the PATAGONIA brand has built up a tremendous amount of consumer goodwill. The PATAGONIA trademarks are famous, symbolize Patagonia's goodwill, and are invaluable assets to Patagonia.

14.      In addition to building a reputation for high-quality products, Patagonia has been recognized and honored for its business initiatives, including receiving the Sustainable Business Counsel's first "Lifetime Achievement Award"; sourcing organically grown cotton to avoid the dangers of pesticide use and synthetic fertilizers used in conventional cotton growing; founding the Fair Labor Association®, an independent verification and training organization that audits apparel factories; and creating a non-profit organization to encourage business to pledge sales to environmental groups like Patagonia does.

15.     Patagonia has also earned numerous awards as an employer and for its environmental advocacy which is led by its fabrication and sourcing practices. Consumers recognize the PATAGONIA trademarks as signifying high-quality, durable products made by a responsible company.

16.     Because Patagonia designs many of its products for specific sports and activities, such as climbing, skiing, fishing, hiking, swimming and surfing, its products must meet the technical standards Patagonia has established for those sports.

17.     To maintain high-quality products, Patagonia selects world-class partners to manufacture its products.  Patagonia requires its manufacturers to follow strict quality control standards that govern the entire manufacturing process of each product. Patagonia invests significant time and resources to vet, monitor, and audit its manufacturing partners to ensure that Patagonia safeguards its reputation for high-quality products.

18.     Patagonia's high-quality products are sold in controlled channels such as Patagonia's online website, Patagonia's retail stores, and Patagonia's outlet stores. Patagonia's products are sold direct-to-consumers and are not meant to be resold by unauthorized third parties.

19.     Patagonia maintains strict control over the distribution of its products, including maintaining oversight on the production of any excess inventory and controlling the channels in which such inventory is distributed.

20.     In order to combat counterfeiting and maintain trust with its consumers, Patagonia maintains a robust brand protection and enforcement program. Patagonia diligently and aggressively pursues individuals and/or entities who, without Patagonia's consent, import, distribute, sell, and/or offer for sale counterfeit Patagonia products. The success of Patagonia's brand has attracted counterfeiters who illegally profit by selling fake Patagonia-branded products.

21.     Patagonia has registered its trademarks with U.S. Customs and Border Protection ("CBP") to allow the agency to identify and seize counterfeit products,

1    protecting Patagonia from unauthorized imports.

2          22.    Patagonia also detects counterfeit schemes when consumers return products

3    to Patagonia stores, complaining that the product fits poorly, is of low quality, is

4    fabricated from undisclosed or toxic materials, or has other defects.

5          23.    The existence of counterfeit products in the marketplace is extremely

6    harmful to Patagonia's brand and reputation, particularly because consumers are being

7    led to believe they are purchasing authentic high quality Patagonia products, when in

8    reality they are purchasing inferior goods at steep discounts.

9          24.    In December 2024, I received two seizure reports from CBP alerting

10   Patagonia that CBP had determined that sixty (60) counterfeit Patagonia products had

11   been imported, and that CBP had seized them. I promptly sent these reports to Verso

12   Law Group LLP ("Verso"), attorneys of record for Patagonia in this proceeding, and

13   requested that Verso investigate the seized products and write to the identified importer,

14   "KGL."

15         25.    Through this investigation, I learned that KGL was promoting and selling

16   counterfeit Patagonia-branded products she purchased through a closed Facebook

17   group, called ORC Style Guide, on her own online store.  I reviewed images of these

18   Patagonia-branded products on KGL's online store and determined that the items

19   appeared to be counterfeit based on my familiarity with Patagonia's products and the

20   accurate style names and features that should appear on authentic products. Patagonia

21   has since entered into a settlement agreement with KGL wherein she has agreed to cease

22   selling counterfeit goods.

23         26.    It is my understanding that through Verso's investigation, Verso has

24   uncovered a widespread, opportunistic counterfeiting ring involving the individuals and

25   entities named as Defendants in this lawsuit. I am also informed that the counterfeiting

26   ring operates through several closed groups on Facebook and Telegram platforms. This

27   scheme is outlined in the Complaint and Application for TRO Patagonia filed in this

28   Court on April 15, 2025.  Given Defendants' use of private groups, it is extremely

difficult to use public tools to research and investigate Defendants' illegal activities. Even if it is possible to infiltrate these groups, it is extremely time-consuming and expensive.

27.    To assist with the investigation, Patagonia hired a private investigator. Patagonia's private investigator conducted test purchases of Patagonia-branded products from several Defendants.  I received images of the four purchased Patagonia-branded products (t-shirt, sweatshirt, underwear and jacket) after the products were received by the investigator. I reviewed images of the products to determine whether they were genuine or counterfeit products based on Patagonia's proprietary counterfeit detection methods. Based on this analysis, I determined that the products are counterfeit and are using marks identical to Patagonia's federal registered trademarks.

28.    Patagonia takes counterfeiting schemes, such as the one uncovered here, very seriously. Defendants' sales of counterfeit Patagonia-branded products mislead customers into buying inferior products that are not subject to the same rigorous quality control measures Patagonia requires for its authentic products.

29.    Misrepresenting Patagonia products and deceiving Patagonia's customers into buying inferior counterfeit products whittles away at the trust Patagonia has earned among customers for almost half a century. That type of damage can be impossible or very difficult to quantify or repair over time.

30.    Defendants' conduct has caused and continues to cause irreparable harm to Patagonia's goodwill, which cannot be adequately addressed by awarding damages after-the-fact.

31.    A counterfeiting scheme like the one at issue not only damages Patagonia's reputation and consumer goodwill but also diverts individuals who otherwise would have purchased a genuine product from Patagonia, further magnifying the harm to Patagonia.

32.    Based on my experience, once a counterfeiter is alerted that legal action has commenced, they will likely go underground, taking the counterfeit inventory, if

1    any, and proceeds of their illegal conduct with them.

2         33.    Based on prior experience, defendants in a lawsuit like this one are likely to

3    conceal evidence of their illegal activity by transferring assets or counterfeit products to

4    different names or entities, and/or destroying important records, files, and/or goods.

5         I declare under penalty of perjury under the laws of the United States of America

6    that the foregoing is true and correct.

7         Executed on April 15, 2025 in Goodyear, Arizona.

8

9                                      By:    _____

10                                            Traci Escamilla

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28