# EXHIBIT 10

# UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**Bailey Miller** ⭐
last seen 2 minutes ago

Back

**March 3**

Hi, can you help me? I bought the Patagonia fleece pants but I haven't gotten any tracking information.  2:17 PM ✓✓

**March 4**

Hi. Ty for your order.
When did you order?
Did you double check your email? Sometimes it can take a couple weeks to ship packages  6:59 AM

I placed my order on February 17. I haven't gotten any emails since I placed my order.  10:07 AM ✓✓

Could you please send me your order screenshot from your email?  12:02 PM

Message

