# EXHIBIT 15

# UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL









**URL**
https://www.ripoffreport.com/reports/fran-calista/internet/fran-calista-fran-calista-is-a-criminal-running-organized-cyber-crimes-that-includes-wire-1393151

**Timestamp**
Thu Apr 10 2025 11:28:20 GMT-0700 (Pacific Daylight Time)



*Consumer Comment: Frances Marie Agnew, Jeffrey Francis Moore*

They're awesome! (0)  Super Helpful (0)

They're not great but not a Ripoff (0)  Total Ripoff (0)

Fran Calista of St. Petersburg FL. is running an organized crime organization in Facebook groups consisting of admins and moderators. She is committing heinous acts of illegal counterfeiting fraud and ripping off the United States, which prohibits the production and sale of counterfeit **branded** items and ripping off American and other branded companies such as *Louis Vuitton, Gucci, Nike, Tiffany and Co., Adidas, Beats by Dre, Yeti, Michael Kors, Tory Burch* and many more.

Fran Calista is the head of many Facebook groups (AliExpress Men's Closet, AliExpress Baby Kid, AliExpress Home, Craft & Gifts, AliExpress Let's Party, AliExpress All About the Mouse, AliExpress Resale and Handmade Market, AliExpress Tweens & Teens, AliExpress Closet & Makeup, AliExpress Campus, Shades of Ali-XXXExpress Ladies Only, AliExpress Curves Ahead); which after exposure I'm sure she will change some of these groups or go secret.

Fran and her organized crime organization (admins and moderators see attached screenshots) run these groups as affiliates for AliExpress. She works with what she labels "*Trusted Sellers*" to which she has established a relationship to create and promote hidden links (screenshots provided) and/or boldly promotes the sale of counterfeit branded items from these "*Trusted Sellers*" of AliExpress to sell to group members.

As an affiliate of AliExpress is a alleged that Fran Calista and her crime organization are grossing well over $50K per month for their illegal activity, fraud, crimes and blatant disrespect for the laws of the United States. The United States has already put Alibaba (co-company of AliExpress) on a list of "Notorious Counterfeit Goods Market" to which co-conspirator Fran Calista is helping



Coronavirus Covid-19 order masks

Political Signs Must Go!

ED Magedson – Founder Ripoff Report

Flood Damaged Vehicles Unscrupulous Auto Dealers

How to identify hurricane damaged trucks, cars RV's motor cycles boats: Ripoff Report Investigates

HELPFUL RESOURCES Covid-19 coronavirus

Identifying coronavirus Covid-19 rip-off scams

**Featured Ripoff Reports**

Seemray failed to deliver the promised services and stopped responding to messages. Cleveland OH

Salon LDJ is a scam. Deceitful Practices/Rude Managment Pleasant View Tennessee

BTC Miner issue with withdrawal Internet

Frederick Matson Kelley - Attorney at law robbed my family of our three homes, by abusing their court appointed positions. Wailuku, Hawai`i

Becky Sara


Bengali Heed this warning about Shohrab Chowdhury. He misrepresents skills, says he is in US, but is in other countries, opens backdoors in software


Victoria Pressly AKA Victoria Talbot? SCAM - promised PR, press and bookings nothing

Rusty's Rod Shop Rusty Grindle Criminal activity and thousands in damages to my 6 figure truck build. Certified letter and estimate as proof as Rusty is great at lying just as he did from the start from my truck to his home. We have filed criminal charges Cleveland Georgia


ENDBAR FOUNDATIONS INC efi demolition equipment, Endbar Foundations Screwed me out of $2000 on the 1st job and $29,970 on the 2nd Job over 10 Months of work gone. De Ruyter New York


Progressive RV insurance Blowing me off. RV involved in hail storm , my RV roof started to leak progressive RV insurance is trying to play the blame game


Kalyan Pathuri Scamming Experiences Over Years - Investment scam is the elephant in the room that everyone is aware of yet doesn't acknowledge in the open, and that is the very act that every investment scammer out there takes advantage of. Rockville MD


Tervana Car collection Bought a car...or so I thought. I have a loan for a $30,000 car, yet I have no car, "I have been completely ripped off." the General manager said Hollywood Florida

How To Feature Your Report Like Above >>

**Featured Reports**

---

**URL**
https://www.ripoffreport.com/reports/fran-calista/internet/fran-calista-fran-calista-is-a-criminal-running-organized-cyber-crimes-that-includes-wire-1393151

**Timestamp**
Thu Apr 10 2025 11:28:20 GMT-0700 (Pacific Daylight Time)

hidden links (screenshots provided) and/or boldly promotes the sale of counterfeit branded items from these "**Trusted Sellers**" of AliExpress Group Members.

As an affiliate of AliExpress is a alleged that Fran Calista and her crime organization are grossing well over $50K per month for their illegal activity, fraud, crimes and blatant disrespect for the laws of the United States. The United States has already put Alibaba (co-company of AliExpress) on a list of "Notorious Counterfeit Goods Market" to which co-conspirator Fran Calista is helping Chinese sellers of AliExpress to continue to promote, facilitate and financially benefit from this illegal activity.

All sellers that have worked with Fran Calista and her groups have been compiled and listed with evidence to be reported to AliExpress and the FBI. Fran Calista and her organization of counterfeiting crimes have been reported to the Federal Bureau of Investigation, with substantial evidence and proven illegal activity. All her earning, messages and illegal group activity have been watched, monitored and offered as evidence against her.

Don't be surprised if you see Fran Calista and her cyber-crimes on an upcoming episode of American Greed. Even if she deleted everything (which she will try), she has mounds of evidence stacked against her. When she falls, she is going to fall hard. The United States doesn't take lightly to making money the fraudulent way while Ripping Off legitimate companies and people. What she is doing is illegal and a crime, plain and simple. Right is Right and Wrong is Wrong!

**Report Attachments:**



This report was posted on Ripoff Report on 08/16/2017 09:35 AM and is a permanent record located here:
https://www.ripoffreport.com/reports/fran-calista/internet/fran-calista-fran-calista-is-a-criminal-running-organized-cyber-crimes-that-includes-wire-1393151. The posting time indicated is Arizona local time. Arizona does not observe daylight savings so the post time may be Mountain or Pacific depending on the time of year. Ripoff Report has an exclusive license to this report. It may not be copied without the written permission of Ripoff Report. READ: Foreign websites steal our content

Click Here to read other Ripoff Reports on Fran Calista

**Search for additional reports**
If you would like to see more Rip-off Reports on this company/individual, search here:

Fran Calista | Search |

**Report & Rebuttal**

Respond to this report! — File a Rebuttal
Also a victim? — File a Report
Repair Your Reputation! — Get Started

**Updates & Rebuttals**

REBUTTALS & REPLIES:
0 Author | 1 Consumer | 0 Employee/Owner

---



**Featured Reports**


Patsy Ward Hollywood Public Defender Patsy Ward is railroading a disabled autistic child to prison Los Angeles California


Regal Keto Shark Tank Regal Keto Diet Pills Reviews This weight is usually regained quickly once you go off the cleanse. Overall, there is little evidence that detox diets help eliminate any of these compounds. Ferndale WA


Spectrum Cable Spectrum Came into my home, damaged my PC and leaves me screwed. Their product sucks.


Chase Geiser Cube Advertising LLC The American Report Podcast Complete scam artist that uses the seller platform Fiverr.com to help him rip off hard working people for thousands of dollars. He is a liar and a total joke. Austin Texas


AMC LLC PROPERTY MANAGEMENT MATT GOELZE IS A LIAR AND A THIEF REFUSING TO GIVE ME BACK MY RENTAL DEPOSIT Salt Lake City Utah


Tactical USA login.tacticalusa.com Failed to deliver on all promised goods and services Boston MA


Priority Wrecker Service BEWARE OF CASH ONLY SCAMMING TOWING COMPANY, THEY CHARGE $75 PER MILE AND THEY TAKE CASH ONLY THE

---

**URL**
https://www.ripoffreport.com/reports/fran-calista/internet/fran-calista-fran-calista-is-a-criminal-running-organized-cyber-crimes-that-includes-wire-1393151

**Timestamp**
Thu Apr 10 2025 11:28:20 GMT-0700 (Pacific Daylight Time)







**URL**
https://www.ripoffreport.com/reports/fran-calista/internet/fran-calista-fran-calista-is-a-criminal-running-organized-cyber-crimes-that-includes-wire-1393151

**Timestamp**
Thu Apr 10 2025 11:28:20 GMT-0700 (Pacific Daylight Time)







 





**URL**
https://www.ripoffreport.com/reports/fran-calista/internet/fran-calista-fran-calista-is-a-criminal-running-organized-cyber-crimes-that-includes-wire-1393151

**Timestamp**
Thu Apr 10 2025 11:28:20 GMT-0700 (Pacific Daylight Time)







**URL**

https://www.ripoffreport.com/reports/fran-calista/internet/fran-calista-fran-calista-is-a-criminal-running-organized-cyber-crimes-that-includes-wire-1393151

**Timestamp**

Thu Apr 10 2025 11:28:20 GMT-0700 (Pacific Daylight Time)





Ripoff Report on CBS 19

Ripoff Report on CBS 19 - Global Marketing Alliance

Ripoff Report on ABC 15 - Smart Shopper

Ripoff Report - Girls Gone Wild

Ripoff Report on Fox 11 - Car Repair

---

Home | File a Report | Consumer Resources | Search | Top Trends | Link to Ripoff Report | Customer Support for Technical Issues

Privacy Policy | Terms of Service | General Questions and Suggestions | Why Ripoff Report will not release author information!

Thank You Emails! | Corporate Advocacy Program: How to repair your business reputation. | Ed Magedson - Ripoff Report Founder

Want to sue Ripoff Report? | Donate to our Efforts | BadBusinessBureau.com | Media Requests | FAQ | About Us | Contact Us

Copyright © 1997-2025, Ripoff Report. All rights reserved.

**URL**

https://www.ripoffreport.com/reports/fran-calista/internet/fran-calista-fran-calista-is-a-criminal-running-organized-cyber-crimes-that-includes-wire-1393151

**Timestamp**

Thu Apr 10 2025 11:28:20 GMT-0700 (Pacific Daylight Time)



| Home | File a Report | Consumer Resources | Search | Top Trends | Link to Ripoff Report | Customer Support for Technical Issues |
| Privacy Policy | Terms of Service | General Questions and Suggestions | Ripoff Report Staff ad 04/15/25 for informational |
| Thank You Emails! | Corporate Advocacy Program: How to repair your business reputation. | Ed Magedson - Ripoff Report Founder |
| Want to sue Ripoff Report? | Donate to our Efforts | BadBusinessBureau.com | Media Requests | FAQ | About Us | Contact Us |

Copyright © 1997-2025, Ripoff Report. All rights reserved.

**URL**
https://www.ripoffreport.com/reports/fran-calista/internet/fran-calista-fran-calista-is-a-criminal-running-organized-cyber-crimes-that-includes-wire-1393151

**Timestamp**
Thu Apr 10 2025 11:28:20 GMT-0700 (Pacific Daylight Time)